**Tony Bert TANG, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 14–1190.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 19, 2014.

Decided: Oct. 2, 2014.

Oleh R. Tustaniwsky, Brooklyn, New York, for Petitioner. Stuart F. Delery, Assistant Attorney General, Mary Jane Candaux, Assistant Director, Robbin K. Blaya, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before WYNN and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony Bert Tang, a native and citizen of Indonesia, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing his appeal from the immigration judge's decision denying his requests for asylum and withholding of removal.* We have thoroughly reviewed the record, including the various documentary exhibits relevant to country conditions in Indonesia and the transcript of Tang's

* Tang does not challenge the denial of relief under the Convention Against Torture. Accordingly, review of that issue is waived.

merits hearing. We conclude that the record evidence does not compel a ruling contrary to any of the administrative findings of fact, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. *See INS v. Elias–Zacarias,* 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re: Tang* (B.I.A. Feb. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*

*Ngarurih v. Ashcroft,* 371 F.3d 182, 189 n. 7 (4th Cir.2004).